IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON-LANCASTER<br>AND ASSOCIATES, INC.<br>13031 US 19 N<br>Clearwater, Florida 33764<br><br>*Plaintiff*<br>v.<br><br>TB BALLSTON, LLC<br>1521 Connecticut Ave NW<br>Washington, DC 20036<br><br>   Serve On:<br><br>   Steve Salis, President<br>   1521 Connecticut Ave NW<br>   Washington, DC 20036<br><br>*Defendant*<br>v.<br><br>TED'S BULLETIN HOLDINGS, LLC<br>1521 Connecticut Ave NW<br>Washington, DC 20036<br><br>   Serve On:<br><br>   Steve Salis, President<br>   1521 Connecticut Ave NW<br>   Washington, DC 20036<br><br>*Defendant.* | Case No. |

## **COMPLAINT**

Johnson-Lancaster and Associates, Inc., Plaintiff, by Egeli Law Firm, PLLC, and Matthew A. Egeli, and Hartman, Attorneys at Law, and C. Edward Hartman, III, to be admitted *pro hac vice*, its attorneys, hereby files this Complaint against Defendants TB Ballston, LLC and Ted's Bulletin Holdings, LLC (collectively the "Defendants"), and states in support thereof:

## PARTIES

1. Johnson-Lancaster and Associates, Inc. (hereinafter referred to as "Johnson-Lancaster") is a Florida corporation. Johnson-Lancaster is engaged in the business of furnishing, contracting, and supplying construction materials, including restaurant equipment, in the Washington, D.C. metropolitan area.

2. TB Ballston, LLC (hereinafter referred to as "TB Ballston") is a Delaware corporation with its principal office located in the District of Columbia. TB Ballston is engaged in the restaurant business, specifically the operation of a restaurant located in Arlington, Virginia known as "Ted's Bulletin."

3. Ted's Bulletin Holdings, LLC (hereinafter referred to as "TBH") is a Delaware corporation with its principal office located in the District of Columbia. TBH is the parent company of TB Ballston.

## JURISDICTION

4. Jurisdiction of this matter is proper pursuant to 28 U.S.C. §1332, the parties being of different states and the amount in controversy exceeding $75,000.00.

5. Venue is proper in this District as the principal place of business for the Defendants is in the District of Columbia.

## FACTS

6. Johnson-Lancaster furnished supplies and labor to TB Ballston for the construction of a restaurant known as Ted's Bulletin located in Arlington, Virginia (hereinafter referred to as the "Restaurant").

7. TB Ballston entered into a contract with Johnson-Lancaster on or about October 8, 2018 and June 27, 2019 through the form of two quotes and invoices requiring Johnson-

Lancaster to supply, deliver, and install commercial restaurant equipment for the Restaurant (hereinafter referred to as the "Agreement").

8. TB Ballston agreed to pay Four Hundred Twenty-Two Thousand, Six Hundred Thirty-Nine Dollars and One Cents ($422,639.01) to Johnson-Lancaster in accordance with the Agreement. True and accurate copies of the quote and invoices are attached hereto and incorporated herein as **Exhibit A**.

9. From approximately October 2018 to July 2019, Johnson-Lancaster supplied, delivered, and installed commercial food service equipment at the Restaurant (hereinafter referred to as the "Project").

10. On or about July 2, 2019, Johnson-Lancaster substantially completed the Project.

11. The last pieces of equipment were delivered and installed on or about July 2, 2019.

12. TB Ballston accepted all pieces of commercial food service equipment and the installation.

13. Johnson-Lancaster performed as promised pursuant to the terms of the Agreement and completed its duties.

14. Johnson-Lancaster sent invoices to TB Ballston for the materials and labor supplied by Johnson-Lancaster pursuant to the Agreement. *See* **Exhibit A**.

15. TB Ballston failed to pay Johnson-Lancaster for the materials and labor provided in accordance with the terms of the Agreement resulting in a balance of Two Hundred Twenty-Five Thousand, Six Hundred Sixty-Five Dollars and Thirty-One Cents ($225,665.31).

16. Johnson-Lancaster sent several written requests for payment to TB Ballston from August 2019 to April 2020. True and accurate copies of the default notices are attached hereto and incorporated herein as **Exhibit B**.

17. The last payment made by TB Ballston to Johnson-Lancaster occurred on or about November 27, 2019.

18. Johnson-Lancaster demanded full payment from TB Ballston, but TB Ballston has failed and refuses to comply with the Agreement.

19. The amount owed to Johnson-Lancaster is not disputed by TB Ballston.

20. TB Ballston's parent company, TBH, provided a corporate guarantee to Johnson-Lancaster for the monies owed pursuant to the Agreement. A copy of the corporate guarantee dated February 4, 2019 is attached hereto and incorporated herein as **Exhibit C**.

21. The corporate guarantee provides that TBH agrees to "guarantee to JLA the fully and prompt payment and performance by the Buyer [TB Ballston] of all of its obligations under and pursuant to the Agreement(s) between JLA and Buyer…[and to]…be joined in any action or proceeding against the Buyer [TB Ballston] in connection with or based upon the Agreement and recovery may be had against the Guarantor in any such action or proceeding…against Guarantor should the Buyer fail to duly and punctually pay and perform any of the obligations of the Agreement…" *See* **Exhibit C**, paragraph 1, page 1, paragraph 9, page 2.

22. TBH has not paid the balance due to Johnson-Lancaster as identified herein.

## COUNT I
### (Breach of Contract-TB Ballston, LLC)

23. Johnson-Lancaster incorporates by reference and realleges the averments of paragraphs 1 through 22.

24. TB Ballston and Johnson-Lancaster entered into the Agreement for Johnson-Lancaster to supply, deliver, and install commercial restaurant equipment for the Restaurant.

25. Johnson-Lancaster provided supplies and/or labor to TB Ballston for the Restaurant in accordance with the Agreement.

26. TB Ballston breached the Agreement by failing to make full payments to Johnson-Lancaster in accordance with the Agreement as and when due.

27. Despite the demands, TB Ballston failed to fully pay Johnson-Lancaster in accordance with the Agreement.

28. TB Ballston breached the Agreement, causing Johnson-Lancaster to suffer damages in the amount of Two Hundred Twenty-Five Thousand, Six Hundred Sixty-Five Dollars and Thirty-One Cents ($225,665.31) plus pre-judgment and post-judgment interest, and attorney's fees.

29. Johnson-Lancaster is entitled to judgment against TB Ballston for the above-noted amount.

## COUNT II
## (Unjust Enrichment-TB Ballston, LLC)

30. Johnson-Lancaster incorporates by reference and realleges the averments of paragraphs 1 through 29.

31. Johnson-Lancaster is entitled to receipt of full payment for the materials and/or labor provided to TB Ballston for the Restaurant.

32. Johnson-Lancaster conferred a benefit upon TB Ballston when Johnson-Lancaster supplied, delivered, and installed commercial food service equipment to TB Ballston for the Restaurant, and TB Ballston failed to and refused to make a full payment to Johnson-Lancaster.

33. TB Ballston was aware of, and had knowledge of, the benefits conferred upon it by Johnson-Lancaster.

34. It is unequitable for TB Ballston to retain the benefits of the supply, delivery, and installation of the commercial food service equipment for the Restaurant without full payment for these benefits to Johnson-Lancaster.

35. Johnson-Lancaster has suffered damages resulting from TB Ballston's actions in the amount of Two Hundred Twenty-Five Thousand, Six Hundred Sixty-Five Dollars and Thirty-One Cents ($225,665.31) plus pre-judgment and post-judgment interest, and attorney's fees.

36. Johnson-Lancaster is entitled to judgment against TB Ballston for the above-noted amount.

### COUNT III
### (Breach of Contract-Guaranty-Ted's Bulletin Holdings, LLC)

37. Johnson-Lancaster incorporates by reference and realleges the averments of paragraphs 1 through 36.

38. TBH executed corporate guarantee on or about February 4, 2019 guaranteeing all payment and performance obligations of TB Ballston to Johnson-Lancaster (hereinafter referred to as the "Guarantee").

39. Pursuant to the Guarantee, TBH agreed to "[u]nconditionally and absolutely guarantee to JLA [Johnson-Lancaster] the full and prompt payment and performance by the Buyer [TB Ballston] of all of its obligations under and pursuant to the Agreement(s) between JLA and the Buyer…, together with full and prompt payment of any and all costs and expenses of and incidental to the enforcement of this Guarantee, including without limitation, reasonable attorney's fees…[t]he liability of Guarantor is primary, direct, unconditional and independent of the obligations of the Buyer." See **Exhibit C**, paragraph 1, page 1.

40. TB Ballston failed to make full payments to Johnson-Lancaster in accordance with the Agreement as and when due.

41. TBH has not made full and prompt payment of monies due to Johnson-Lancaster pursuant to the Agreement. TBH breached the terms of the Guarantee.

42. As such, Johnson-Lancaster is entitled to recover from TBH, pursuant to the terms of the Guarantee, in the amount of Two Hundred Twenty-Five Thousand, Six Hundred Sixty-Five Dollars and Thirty-One Cents ($225,665.31) plus pre-judgment and post-judgment interest, and attorney's fees.

WHEREFORE, Plaintiff, Johnson-Lancaster and Associates, Inc., hereby prays that this Honorable Court:

A. Enter judgment in favor of Plaintiff and against Defendant TB Ballston, LLC for breach of contract and/or unjust enrichment in the amount of Two Hundred Twenty-Five Thousand, Six Hundred Sixty-Five Dollars and Thirty-One Cents ($225,665.31) plus pre-judgment and post-judgment interest, and attorney's fees;

B. Enter judgment in favor of Plaintiff and against Defendant Ted's Bulletin Holdings, LLC for breach of contract (guaranty) in the amount of Two Hundred Twenty-Five Thousand, Six Hundred Sixty-Five Dollars and Thirty-One Cents ($225,665.31) plus pre-judgment and post-judgment interest, and attorney's fees; and

C. Grant such other and further relief as the nature of this cause may require.

Date: June ____, 2020

Respectfully Submitted,

EGELI LAW FIRM, PLLC

By: /s/ Matthew A. Egeli
Matthew A. Egeli, Bar No. 423478

        108 D MacTanly Place
        P.O. Box 3208
        Staunton, Virginia 24402-3208
        Telephone:  (540) 569-2690
        Facsimile:  (540) 569-2693
        Email:  matthew@egelilaw.com
        *Attorneys for Plaintiff*


HARTMAN, ATTORNEYS AT LAW


By:    /s/ C. Edward Hartman, III
       C. Edward Hartman, III, D.C. Bar No. 888273391
       116 Defense Highway, Suite 300
       Annapolis, Maryland 21401-7047
       Telephone:  (410) 266-3232
       Facsimile:  (410) 266-5561
       Email:  ed@hartman.law
       *Attorneys for Plaintiff*
       *To be admitted pro hac vice*

## **VERIFICATION**

I declare under the penalty of perjury under the laws of the United States of America that all facts stated in the foregoing Complaint are true and correct. Executed on the __12__ of June, 2020.

                       _____
                       Jason Manor, Esq.
                       General Counsel
                       Johnson-Lancaster and Associates, Inc.
                       13031 US 19 N
                       Clearwater, Florida 33764